**The COLORADO AIR QUALITY CONTROL COMMISSION; et al, Petitioners,**

**v.**

**CF & I STEEL CORPORATION, Respondent.**

**No. 81 SC 288.**

Supreme Court of Colorado.

May 2, 1983.

### ORDER OF COURT

Upon consideration of the Motion and Agreement to Dismiss Appeal filed herein, and now being sufficiently advised in the premises,

It Is This Day Ordered that said Motion shall be, and the same hereby is, Granted, and this Petition for Certiorari is Dismissed and the matter Remanded to the Court of Appeals for any further proceedings.